**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERVEY FARRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-772** |
| **MITCHELL J. LANDRIEU, ET AL.** | **SECTION "B"(5)** |

## ORDER

Considering the Plaintiff's renewed motion for default judgment (Rec. Doc. 57), the Magistrate Judge's Report and Recommendation (Rec. Doc. 64), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the renewed motion for default judgment (Rec. Doc. 57) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Defendant, Jennifer Gaubert, are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's state law claims against Gaubert are **DISMISSED WITHOUT PREJUDICE** to bring in state court.

New Orleans, Louisiana, this 25th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE